IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flynn, Ali B

Printed: 10/2/07

Case Number: 07 B 09000
Judge: Squires, John H

Filed: 5/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 22, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 93.50 |  |
| Secured: |  | 88.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 5.05 |
| Other Funds: |  | 0.00 |
| Totals: | 93.50 | 93.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Benks Auto Finance Company | Secured | 0.00 | 0.00 |
| 2. | Gateway Financial | Secured | 10,543.00 | 88.45 |
| 3. | Asset Acceptance | Unsecured | 24.97 | 0.00 |
| 4. | Cb Usa Inc | Unsecured | 214.12 | 0.00 |
| 5. | Southwest Collection's | Unsecured | 119.40 | 0.00 |
| 6. | Asset Acceptance | Unsecured | | No Claim Filed |
| 7. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 8. | Credit Management Co. | Unsecured | | No Claim Filed |
| 9. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 10. | JJ MacIntyre Co | Unsecured | | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Financial Services | Unsecured | | No Claim Filed |
| 15. | West Asset Management | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,901.49 | $ 88.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 5.05 |
| | _____ |
| | $ 5.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flynn, Ali B

Printed:  10/2/07

Case Number:  07 B 09000
Judge:  Squires, John H

Filed:  5/17/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_